00-00212 Knight v State of Texas.wpd



No. 04-00-00212-CR


Timothy KNIGHT,

Appellant


v.


The State of TEXAS,

Appellee


From the 290th Judicial District Court, Bexar County, Texas

Trial Court No. 1996CR-2187

Honorable Sharon MacRae, Judge Presiding


Per Curiam

 

Sitting: Tom Rickhoff, Justice

 Alma L. López, Justice

 Catherine Stone, Justice


Delivered and Filed: August 9, 2000


DISMISSED


 The appellant has filed a motion to dismiss this appeal. The motion is granted, and the appeal
is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH